IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FILED
12 APR 12 PM 2:04
US DISTRICT COURT
MIDDLE DISTRICT OF
ORLANDO FLORIDA

A-SAT, INC., d/b/a INTERNATIONAL
SATELLITE & ANTENNA SERVICE,
a Florida corporation,

        Plaintiff,

v.

MARCHEX, INC., a Delaware
corporation,

        Defendant.
_____/

CASE NO.: 6:12-CV-559-ORL-19GJK

## VERIFIED COMPLAINT

COMES NOW, Plaintiff, A-SAT, INC., d/b/a INTERNATIONAL SATELLITE & ANTENNA SERVICE, a Florida corporation (hereinafter "ISAS"), by and through the undersigned counsel, and sues Defendant, MARCHEX, INC., a Delaware corporation (hereinafter "MARCHEX"), and states:

1. This is an action for damages in excess of $75,000.00 and for injunctive relief.

2. ISAS is a Florida corporation with a principal address of 6160 SW State Road 112, Ocala, FL 34476.

3. MARCHEX is a Delaware corporation with a principal address of 520 Pike Street, Suite 2000, Seattle, WA 98101.

4. MARCHEX conducts business in the state of Florida and this Court's judicial district, has committed tortious acts within this Court's judicial district, including violations of Florida's Deceptive and Unfair Trade Practices Act, has engaged in substantial and not isolated activity within the state of Florida and this Court's judicial district, has thereby subjected itself to

the personal jurisdiction of this Court.

5. This Court has jurisdiction pursuant to 28 U.S.C. § 1332(a)(1), and venue is proper in the Middle District of Florida.

6. ISAS is a closely held corporation engaged in the business of direct to home satellite service.

7. ISAS advertises multiple locations and telephone numbers on the internet.

8. MARCHEX is a publicly traded company engaged in the business of digital call advertising and small business marketing.

9. MARCHEX directs sales calls to its customers and charges them a per call rate.

10. SKYPE is a subsidiary of Microsoft Corporation and engages in the business of digital telephone services over the internet.

11. When a potential customer of a business finds that business' information on an internet search engine, and that potential customer has a SKYPE account, SKYPE uses a plug-in to detect any phone number displayed on the business' web page to create an instant SKYPE link that when clicked allows the potential customer to call the business via SKYPE.

12. The SKYPE link appears as the business' telephone number and is displayed with a SKYPE link indicator in the internet search engine along with the business' other identifying information.

13. SKYPE allows MARCHEX to declare telephone numbers it wants to control.

14. When a MARCHEX client hires MARCHEX to forward sales calls to that client, MARCHEX researches the telephone numbers of the client's competitors, registers those numbers with SKYPE in such a way that when the potential customer clicks on the SKYPE link for the competitor, the call is forwarded to the MARCHEX client rather than to the competitor.

15. MARCHEX has, and continues to, register with SKYPE the telephone numbers belonging to ISAS and which ISAS advertises in telephone books, newspapers, circulars, and on the internet (hereinafter the "ISAS SKYPE Numbers").

16. Whether via the SKYPE link or calls made directly through a SKYPE connection, MARCHEX forwards the calls to the ISAS SKYPE Numbers to MARCHEX's clients who are competitors of ISAS.

17. The telephone numbers ISAS advertises on the internet are proprietary, unique and distinct and solely for the benefit of ISAS.

18. ISAS customers who call the numbers ISAS advertises expect to reach ISAS, not its competitors.

19. MARCHEX's acts of using the ISAS SKYPE Numbers to forward calls to ISAS's competitors are deceptive because it is likely to mislead consumers attempting to reach ISAS.

20. MARCHEX's acts of using the ISAS SKYPE Numbers to forward calls to ISAS's competitors are unfair because they are immoral, unethical, oppressive, unscrupulous and substantially injurious to consumers.

21. MARCHEX's acts of using the ISAS SKYPE Numbers to forward calls to ISAS's competitors are violations of Florida's Deceptive and Unfair Trade Practices Act.

22. ISAS has retained the undersigned counsel and agreed to pay a reasonable fee for bringing this action.

## COUNT I:  VIOLATION OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT – DAMAGES

23. ISAS adopts and incorporates by reference paragraphs 1 through 22 as if fully set

forth herein.

24.  MARCHEX's acts of using the ISAS SKYPE Numbers to forward calls to ISAS's competitors have caused ISAS actual damages in the amount of the lost revenues from the sales calls and the value of the sales calls themselves.

WHEREFORE, ISAS prays this Court enter judgment against MARCHEX and award actual damages, interest, costs, and attorney's fees, and such and further relief this Court deems equitable and just.

## COUNT II: VIOLATION OF FLORIDA'S DECEPTIVE AND UNFAIR TRADE PRACTICES ACT – INJUNCTION

25.  ISAS adopts and incorporates by reference paragraphs 1 through 22 as if fully set forth herein.

26.  MARCHEX's acts of using the ISAS SKYPE Numbers to forward calls to ISAS's competitors continue to harm ISAS and are capable and likely to be repeated.

27.  ISAS has no adequate remedy at law.

WHEREFORE, ISAS prays this Court preliminarily and permanently enjoin MARCHEX from continuing to use the ISAS SKYPE Numbers to forward calls to ISAS's competitors, and such and further relief this Court deems equitable and just.

STATE OF FLORIDA

COUNTY OF Marion

Under penalty of perjury, I swear or affirm that I have actual knowledge of the foregoing and it is true and correct.

_____
JOHN PEARCE, President
A-SAT, INC., d/b/a International
Satellite & Antenna Service

SWORN TO and subscribed before me this 21st day of March, 2012, by JOHN PEARCE, who did personally appear before me and ( ) who is personally known to me or ( ) who has produced the following as identification: _____.

_____
Notary Public, State of Florida

DATED this 21st day of March, 2012

Notary Public State of Florida
Eugene Hester Jr
My Commission DD953737
Expires 03/15/2014

_____
DAMON A. CHASE, ESQUIRE
Florida Bar No.: 642061
FRANK S. IOPPOLO, JR.
Florida Bar No.: 896802
1525 International Pkwy, Suite 4021
Lake Mary, FL 32746
(407) 333-7337 – Telephone
damonchase@chasefreeman.com
Attorneys for Plaintiff

5