**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

A-SAT, INC., d/b/a INTERNATIONAL
SATELLITE & ANTENNA SERVICE,
a Florida corporation,

    Plaintiff,

v.                                              CASE NO. 6:12-cv-00559-CEH-TBS

MARCHEX, INC., a Delaware
corporation,

    Defendant.
_____/

**DEFENDANT MARCHEX, INC.'S**
**ANSWER TO PLAINTIFF'S VERIFIED COMPLAINT**

Defendant Marchex, Inc. ("**Marchex**") answers the Complaint of Plaintiff A-Sat, Inc., paragraph by corresponding paragraph, and asserts an affirmative defense as follows:

1. Marchex admits that Plaintiff purports to seek damages in excess of $75,000 and injunctive relief. Marchex denies that Plaintiff is entitled to such relief and denies that the amount in controversy exceeds $75,000.00.

2. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 2 and, therefore, denies them.

3. Admitted.

4. Marchex admits that it conducts business in the state of Florida but otherwise denies the allegations of paragraph 4.

5. Denied.

6. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 6 and, therefore, denies them.

7. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 7 and, therefore, denies them.

8. Marchex admits that it is a publically traded company in the business of mobile and online advertising and driving consumers to connect with business over the phone and providing in-depth analysis of those calls, and otherwise denies the allegations of paragraph 8.

9. Marchex's services and manner and amount of charges to customers vary by customer and engagement and, therefore, Marchex denies the allegations of this paragraph 9 as generally stated.

10. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 10 and, therefore, denies them.

11. Marchex admits that when a user enables it on his or her computer, a plug-in for Skype can detect phone numbers on webpages and create a Skype link that allows the user to call the number via Skype, but lacks knowledge and information to form a belief as to the truth of the remainder of the allegations of paragraph 11 and, therefore, denies them.

12. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 12 and, therefore, denies them.

13. Denied.

14. Denied.

15. Denied.

16. Denied.

17. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 17 and, therefore, denies them.

18. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 18 and, therefore, denies them.

19. Marchex denies that it is or ever was engaged in such acts and, therefore, denies all allegations of paragraph 19.

20. Marchex denies that it is or ever was engaged in such acts and, therefore, denies all allegations of paragraph 20.

21. Marchex denies that it is or ever was engaged in such acts and, therefore, denies all allegations of paragraph 21.

22. Marchex is without knowledge or information sufficient to form a belief as to the truth of the allegations of paragraph 22 and, therefore, denies them.

## Count I: Violation of Florida's Deceptive and Unfair Trade Practices Act- Damages

23. Marchex incorporates each of its responses to the allegations of paragraphs 1 through 22.

24. Denied.

## Count II- Violation of Florida's Deceptive and Unfair Trade Practices Act-Injunction

25. Marchex incorporates each of its responses to the allegations of paragraphs 1 through 22.

26. Denied.

27. Denied.

**Affirmative Defenses**

28. This Court lacks subject matter jurisdiction because the amount in controversy does not and cannot exceed $75,000.00.

**WHEREFORE**, Defendant Marchex, Inc. requests that the Court dismiss Plaintiff's Complaint in its entirety, that Marchex, pursuant to Florida Statutes Section 501.2105, be awarded its costs and attorneys' fees incurred in defending this action and that the Court award any further relief it deems just and appropriate in the circumstances.

/s/ E. Colin Thompson
Ronald S. Holliday
ronald.holliday@dlapiper.com
Florida Bar No.: 612677
E. Colin Thompson
colin.thompson@dlapiper.com
Florida Bar No.: 0684929
**DLA Piper LLP (US)**
100 North Tampa, Suite 2200
Tampa, FL 33602-5809
Tel: (813) 222-5908
Fax:(813)371-1111

**Attorneys for Marchex, Inc.**

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record and that paper copies will be sent to those indicated as non-registered participants on July 30, 2012.

/s/E. Colin Thompson