UNITED STATES DISCTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

A-SAT, INC.,

    Plaintiff,

v.                                        Case No.: 6:12-cv-559-Orl-36GJK

MARCHEX, INC.,

    Defendant
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL

Pursuant to to Fed. R. Civ. P. 41(a)(1)(ii), the parties hereto stipulate to the dismissal of the above-captioned action without prejudice as to all parties.

Each party to bear its own attorneys' fees, expenses, and costs.

Respectfully submitted this 28th day of August, 2012.

| | |
|---|---|
| /s/ Damon A. Chase | /s/ E. Colin Thompson |
| DAMON A. CHASE, ESQUIRE | E. COLIN THOMPSON |
| Florida Bar No.: 642061 | Florida Bar No.: 0684929 |
| RICHARD A. BRUNER, JR., ESQUIRE | RONALD S. HOLLIDAY |
| Florida Bar No.: 40752 | Florida Bar No.: 612677 |
| 1525 International Pkwy, Suite 4021 | DLA Piper, LLP (US) |
| Lake Mary, FL 32746 | 100 North Tampa, Suite 2200 |
| (407) 333-7337 – Telephone | (813) 222-5908 |
| damonchase@chasefreeman.com | colin.thompson@dlapiper.com |
| rbruner@ioppololawgroup.com | ronald.holliday@dlapiper.com |
| Attorneys for A-Sat, Inc. | Attorneys for Marchex, Inc. |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 28, 2012, that a true and correct copy of the foregoing has been e-filed with the U.S. District Court via CM/ECF.

                                                  s/ Damon A. Chase
                                                  DAMON A. CHASE, ESQUIRE