UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**A-SAT, INC.,**

      **Plaintiff,**

**v.**                               Case No: 6:12-cv-559-Orl-36TBS

**MARCHEX, INC.,**

      **Defendant.**

_____/

## O R D E R

Before the Court is the Joint Stipulation for Voluntary Dismissal (Doc. 25). In accord with the Joint Stipulation for Voluntary Dismissal, it is **ORDERED AND ADJUDGED** as follows:

1) The Joint Stipulation for Voluntary Dismissal is **APPROVED** (Doc. 25).

2) This cause is dismissed, without prejudice, each party to bear its own costs and attorneys' fees.

3) The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Orlando, Florida on August 29, 2012.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record